FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 21, 2021

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ALBERT L. EVERETTE, JR., an individual,<br><br>                Plaintiff,<br><br>                v.<br><br>WASTE MANAGEMENT OF WASHINGTON, INC., a Foreign Profit Corporation d/b/a/ WASTE MANAGEMENT OF SPOKANE, INC.,<br><br>                Defendant. | No.  2:20-cv-00416-SMJ<br><br>**ORDER DISMISSING CASE** |

On July 21, 2021, the parties filed a stipulated dismissal, ECF No. 34. Consistent with the parties' agreement and Federal Rule of Civil Procedure 41(a),

**IT IS HEREBY ORDERED**:

    **1.**    The parties' Stipulation of Dismissal, **ECF No. 34**, is **GRANTED**.

    **2.**    All claims are **DISMISSED WITH PREJUDICE**, with all parties to bear their own costs and attorney fees.

    **3.**    All pending motions are **DENIED AS MOOT**.

    **4.**    All hearings and other deadlines are **STRICKEN**.

**5.**     The Clerk's Office is directed to **CLOSE** this file.

**IT IS SO ORDERED.**  The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 21st day of July 2021.

_____
SALVADOR MENDOZA, JR.
United States District Judge

ORDER DISMISSING CASE – 2